| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  DIAMOND, GUSTAVE | 2. Court or Organization  U.S. District Court, W.D. PA | 3. Date of Report  05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address  U.S. District Court, W.D. PA U.S.P.O. & Courthouse, Suite 8270 Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Diamond, Gustave

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/13/2011 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Equity Income Fund, IRA | A | Dividend | J | T | Redeemed (part) | 12/01/10 | J | | |
| 2. Formerly Smith Barney cash portfolio now Citibank NA S.D. | A | Interest | J | T | | | | | |
| 3. AFLAC, Stock | A | Dividend | K | T | | | | | |
| 4. American Balanced Fund | A | Dividend | K | T | Buy | 06/25/10 | J | | |
| 5. Investment Co. of Am. | B | Dividend | | | Sold | 06/25/10 | L | | |
| 6. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 7. Chevron | A | Dividend | J | T | Buy | 08/26/10 | J | | |
| 8. Procter & Gamble, Stock | A | Dividend | K | T | | | | | |
| 9. Capital World Growth & Income | A | Dividend | | | Sold | 06/25/10 | J | | |
| 10. Verizon | A | Dividend | J | T | Buy | 08/06/10 | J | | |
| 11. Allegheny Co. PA Sanitary Auth. Bond | A | Interest | K | T | | | | | |
| 12. Suntrust Banks | A | Dividend | J | T | | | | | |
| 13. Growth Fund of America | A | Dividend | K | T | | | | | |
| 14. PA State Second Sec. Bond | A | Interest | K | T | | | | | |
| 15. State Public School Building Authority Bond | A | Interest | K | T | | | | | |
| 16. Income Fund of America 529A | A | Dividend | J | T | Buy | 06/25/10 | J | | Note 3 |
| 17. American Balanced Fund 529A | A | Dividend | | | Sold (part) | 06/25/10 | K | | Note 3 |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
                                            P3 =$25,000,001 - $50,000,000                                    P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Balanced Fund 529A | | None | | | Distributed | 08/09/10 | J | | Note 3 |
| 19. American High Income Trust 529A | A | Dividend | J | T | Buy | 06/25/10 | J | | Note 3 |
| 20. Am. Funds Money Mkt 529A | A | Dividend | | | Buy | 06/25/10 | J | | Note 3 |
| 21. Am. Funds Money Mkt 529A | | None | | | Distributed | 08/09/10 | J | | Note 3 |
| 22. Am. Funds, Capital Income Builder | C | Dividend | M | T | | | J | | |
| 23. Am. Funds, Fundamental Investors Fund | A | Dividend | K | T | | | | | |
| 24. PA Public School Building Bond | A | Interest | K | T | | | | | |
| 25. PA State Higher Edu. Bond | A | Interest | K | T | | | | | |
| 26. Philadelphia, PA Hosp. Bond | A | Interest | K | T | | | | | |
| 27. Income Fund of America | D | Dividend | M | T | Buy | 06/25/10 | L | | |
| 28. BGE-Capital Trust II | B | Interest | K | T | | | | | |
| 29. New World Fund | A | Dividend | J | T | Buy | 09/29/10 | J | | |
| 30. American High Income Trust Fund | D | Dividend | L | T | | | | | |
| 31. American Funds, Cap. Income Builder | C | Dividend | L | T | | | | | |
| 32. American Mutual Fund | A | Dividend | | | Sold | 06/25/10 | J | A | |
| 33. Legg Mason Value Trust | A | Dividend | J | T | Sold (part) | 09/27/10 | K | | |
| 34. Bond Fund of America | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Small Cap World Funds | B | Dividend | K | T | Sold (part) | 09/29/10 | J | C | |
| 36. Am. Funds, New Perspective Fund | B | Dividend | K | T | | | | | |
| 37. Income Fund of America | A | Dividend | K | T | Buy | 06/25/10 | J | | |
| 38. Investment Co. of Am. | B | Dividend | L | T | | | | | |
| 39. Pimco Real Return Fund | A | Dividend | K | T | | | | | |
| 40. American Balanced Fund | A | Dividend | | | Sold | 06/25/10 | J | | |
| 41. Am. Funds, Growth Fund of America | A | Dividend | J | T | | | | | |
| 42. Citibank NA S.D. | A | Interest | J | T | | | | | |
| 43. Tax Exempt Bond Fund of America | A | Interest | K | T | Buy | 06/25/10 | K | | |
| 44. Income Fund of America | B | Dividend | L | T | Buy | 06/25/10 | K | | |
| 45. American High Income Bond Fund | A | Interest | J | T | | | | | |
| 46. Capital World Growth Inc. | B | Dividend | | | Sold | 06/25/10 | K | | |
| 47. Fed Ex Corp Stock | A | Dividend | J | T | | | | | |
| 48. Investment Co. of America | A | Dividend | K | T | | | | | |
| 49. National City Bank - Bank Acct. | A | Interest | J | T | | | | | |
| 50. Washington Mutual Investors Fund 529A | | None | | | Redeemed (part) | 07/23/09 | J | A | Note 2 |
| 51. Washington Mutual Investors Fund 529A | A | Dividend | | | Sold | 10/16/09 | J | | Note 2 |

1. Income Gain Codes:       A =$1,000 or less         B =$1,001 - $2,500        C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal              R = Cost (Real Estate Only)   S =Assessment             T =Cash Market
   (See Column C2)           U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| DIAMOND, GUSTAVE | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Capital World Growth and Income 529A | A | Dividend | | | Redeemed | 07/23/09 | J | A | Note 2 |
| 53. Fundamental Investors 529A | A | Dividend | | | Sold | 10/16/09 | J | | Note 2 |
| 54. Money Market Fund 529A | A | Dividend | J | T | Buy | 10/16/09 | J | | Note 2 |
| 55. Money Market Fund 529A | | | | | Distributed (part) | 12/20/10 | J | A | Note 2 |
| 56. Investment Co. of America 529A | A | Dividend | J | T | Redeemed (part) | 10/16/09 | J | A | Note 2 |
| 57. Fidelity, Equity Income, IRA | B | Dividend | K | T | Part Redeem | 12/01/10 | J | | Dividend: Cap Gain |
| 58. Fidelity, Equity Income Individual | A | Dividend | J | T | | 12/01/10 | J | | Type: Transfer from IRA |
| 59. Fidelity, Canada | A | Dividend | K | T | | | | | |
| 60. Fidelity, Latin America | A | Dividend | K | T | | | | | |
| 61. Fidelity Fifty | A | Dividend | J | T | | | | | |
| 62. Wal-Mart Stores, Inc., stock | A | Dividend | J | T | | | | | |
| 63. PNC Money Market | A | Interest | K | T | | | | | |
| 64. Citizens Bank Savings Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTES

1. Line 45 of my 2009 Report indicated that I had sold part of Fundamental Investors Fund. That was in error. All of that fund was sold in the transaction reported at line 45. Please amend my 2009 Report accordingly.

2. Washington Mutual Investors CapitalWorld Growth and Income, Fundamental Investors, reported on my 2009 Report at lines 53 - 55 are American Funds mutual funds which we held in one of two 529A college fund accounts. These funds have been drawn on for college expenses and some were transferred in house ("exchanged") to other American Funds mutual funds in 2009 as indicated at lines 50 - 54 of this Report. Therefore, we no longer have those particular funds in our 529A holdings. I missed that in my 2009 Report. This 529A account therefore now consists only of the Money Market account and Investment Co. of America.

3.American Funds American Balanced Fund (ABF) was part of one of two 529A accounts which we have with American Funds Mutuals. As of Dec. 31, 2009, this fund had assets                  as indicated on line 17 of my 2009 Report. That value essentially remained unchanged until June 25, 2010. On that date, ABF was redistributed among certain other American Funds as follows              to American High Income Trust 529A, the Income Fund of America 529A and American Funds Money Market, leaving a balance in ABF              On Aug. 9, 2010, ABF distributed to me              college tuition) the then entire balance of ABF              leaving a share balance of zero in that fund, and        (for same purpose) from the Money Market Fund, which left a zero balance in that fund. As of Dec. 31, 2010, Income Fund of America had assets              and American High Income Trust had assets              Please amend my 2009 Report to reflect the above.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ GUSTAVE DIAMOND

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544